M. P. No. 77-194. CATHERINE A. GREENE *v.* GLORIA M. MCDONALD *et al.* Respondent is directed to file her answer to the petition for habeas corpus and therein to *show cause,* if any she has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14, to which reference is made herein. *Everett A. Petronio,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

M. P. No. 77-211. IN RE RENEE SHERMAN, *a minor child.* Respondent is directed to file his answer to the petition for habeas corpus and therein to *show cause,* if any he has, why the writ should not issue as prayed, said answer to be made in compliance with the provisions of Rule 14, to which reference is made herein.

This order is made without prejudice to the hearing which is scheduled to be heard in Family Court on June 29 ,1977. *Betsy E. Grossman, Rhode Island Legal Services, Inc.,* for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.